# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 21, 2021


Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v Juan Calderon*, 18 Cr. 319 (LTS)

Your Honor:

      Attached please find a form indicating that my client waives his physical presence at the scheduled change-of-counsel conference. I have signed the form on his behalf due to the current difficulties (arising out of the pandemic) in visiting him and obtaining his physical signature, but I can represent that he has expressed his consent to me orally.

                                      Respectfully submitted,

                                        /s/
                                      James E. Neuman

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

                ,    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


Juan Calderon - (by counsel)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*James Neuman*
_____
Defense Counsel's Signature


_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ teleconferencing technology.

1/22/2021
_____
Date

/s/ Laura Taylor Swain
_____
U.S. District Judge/~~U.S. Magistrate Judge~~