UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA


   -v-                                    No. 18- CR-319 (LTS)


JUAN CALDERON (10),

                         Defendant.

-----------------------------------------------------------X


## ORDER


      Mr. James E. Newman, Esq.,  is relieved as CJA counsel for the defendant.  Ms. Kristen M. Santillo, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.



      SO ORDERED.


Dated:  New York, New York
        January 22, 2021


                                       _/s/  Laura Taylor Swain_____
                                       LAURA TAYLOR SWAIN
                                     United States District Judge