

Sept. 28, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Yasmil Fertides, et al.*, 18-cr-319-LTS
Joint Adjournment Request

Dear Judge Swain:

On behalf of defendant Juan Calderon, I write to request an adjournment of the status conference, currently scheduled for September 30, 2021 at 10:30am, to October 18, 2021 at 2:30pm. This adjournment is requested because the parties have reached a resolution and wish to hold an in-person change of plea hearing.

The Government consents to this adjournment. The parties consent to the exclusion of time until October 18, 2021 at 2:30pm.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for Juan Calderon*

Cc: AUSA Jamie Bagliebter
AUSA Maurene Comey

Application granted. The conference currently scheduled for September 30, 2021, at 10:30 a.m., is adjourned. The change of plea hearing in this case is scheduled to proceed on October 18, 2021, at 2:30 p.m., in Courtroom 17C; a separate scheduling order will issue as to that hearing. The Court finds pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 18, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. DE#413 resolved.

SO ORDERED.
Dated: September 28, 2021
/s/ Laura Taylor Swain