

January 29, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Juan Calderon*, 18-CR-319 (LTS)

Dear Judge Swain:

   Defendant Juan Calderon is scheduled to be sentenced by this Court on February 15, 2022, and defense counsel's sentencing submission is currently due on Tuesday, February 1, 2022 pursuant to this Court's individual rules. Unfortunately, due to COVID-19 conditions and staffing shortages at MDC Brooklyn, it has been difficult to schedule legal calls with Mr. Calderon and some of our calls, including one yesterday, have been canceled. The final Presentence Report has also not yet been disclosed. We would therefore respectfully request an extension, until Friday, February 4, 2022, to submit our sentencing memo on Mr. Calderon's behalf, as we are hopeful to have a legal call with him next week. The Government has consented to this extension, and would request to have until Thursday, February 10, 2022, to file any sentencing submission.

   Mr. Calderon is eager to proceed to sentencing, so we are hopeful that the proposed briefing schedule would still enable Mr. Calderon to be sentenced on February 15, 2022 as scheduled, but if the Court requires additional time to review the parties' submissions, we would respectfully request that any adjournment of the sentencing date be as brief as the Court's schedule and convenience permits.

   Thank you for your consideration.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for Juan Calderon*

Cc:   AUSA Jamie Bagliebter
   AUSA Margaret Graham

Application granted.  The parties shall make their sentencing submissions on the schedule set forth above.  DE#461 resolved.

SO ORDERED.
Dated: January 31, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371