UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                  No. 18-CR-319-LTS

JUAN CALDERON,                                     ORDER

      Defendant.

-------------------------------------------------------x

The sentencing hearing currently scheduled to proceed on February 15, 2022, at 2:15 p.m., is hereby rescheduled to commence on **February 15, 2022, at 3:00 p.m.**, in Courtroom 17C. All other provisions of the Court's Order dated November 15, 2022 (docket entry no. 435) remain in effect.

SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
      February 1, 2022                             LAURA TAYLOR SWAIN
                                                        Chief United States District Judge