UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                                                      No. 18 crim 319 (LTS)

JUAN CALDERON (10)

                       Defendant.

-----------------------------------------------------------x

## **ORDER**

       ORDERED that pursuant to sentence of time served imposed today, the defendant Juan Calderon is discharged from the custody of the U.S. Marshals Service.

       SO ORDERED.

Dated: New York, New York
       March 10, 2022

                                                                LAURA TAYLOR SWAIN
                                                               United States District Judge