UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                             No.  18-CR-319-LTS-10

JUAN CALDERON,                                 ORDER

        Defendant.

-------------------------------------------------------x

        A conference will be held on **July 18, 2025, at 10:30 a.m.** in Courtroom 17C to discuss the Violation of Supervised Release.

        SO ORDERED.

Dated: New York, New York               _/s/ Laura Taylor Swain_____
      July 8, 2025                              LAURA TAYLOR SWAIN
                                                      Chief United States District Judge