UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                               No. 18-CR-319-LTS-10

JUAN CALDERON,                               Order

         Defendant.

-------------------------------------------------------x

          Kristen Santillo is hereby appointed, nunc pro tunc to July 7, 2025, as CJA counsel for Juan Calderon with respect to the pending violation of supervised release proceedings.

        SO ORDERED.

Dated: New York, New York                 /s/ Laura Taylor Swain
       July 18, 2025                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge