UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No. 18-CR-319-LTS-10

JUAN CALDERON,                                   Order

        Defendant.

-------------------------------------------------------x

        The defense requested to redact certain information from Mr. Calderon's submission and exhibits, which have been filed (in redacted versions) at Docket Entry No. 641. This request is granted because the redactions concern personally identifiable information and medical information. (See Fed. R. Crim. P. 49.1.)

        The parties are directed to take hard copies of the referenced documents (in unredacted versions) to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
      July 28, 2025                               LAURA TAYLOR SWAIN
                                                   Chief United States District Judge