UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                             No.  18-CR-319-LTS-10

JUAN CALDERON,                    ORDER

       Defendant.

---------------------------------------------------------x

In advance of the evidentiary hearing on violation of supervised release scheduled to commence on July 28, 2026, the parties are directed to meet and confer and file a joint letter on or before July 2, 2026 to the Court providing:

1.  A proposed briefing schedule that gives the Court at least one week to review submissions (the parties' briefs should outline their anticipated evidence and their theory of the case and should include any motions to admit or exclude evidence);

2.  A hearing agenda indicating how much time will be required for the hearing;

3.  A description of what the principal issue(s) will be;

4.  An exhibit list or the date by which it will be provided;

5.  A witness list or the date by which it will be provided;

6.  Any 18 U.S.C. § 3500 materials or the date by which they will be provided; and

7.  Any stipulated facts.

SO ORDERED.

Dated: New York, New York
     June 24, 2026

                         /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge