

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, New York, 10278

June 22, 2026

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re:    *United States* v. *Juan Calderon*, 18 Cr. 319 (LTS)

Dear Judge Swain:

The Government writes to update the Court on the status of Juan Calderon's violation of supervised release. After conferring with the defense, the Government expects that Mr. Calderon will not admit to the specifications included in the Violation Report dated June 27, 2025 and that the Government will seek to present evidence to the Court of Mr. Calderon's violations of supervised release. Accordingly, the Government respectfully requests that the Court adjourn the status conference scheduled for June 23, 2026 and instead set a hearing date. After conferring with the Court, defense counsel and the Probation Office, the Government understands that the parties have availability on July 27 through July 30.

Respectfully submitted,
JAY CLAYTON
United States Attorney

By: ___/s/_____
   Jamie Bagliebter
   Assistant United States Attorney
   (212) 637-2236

cc:  Kristen Santillo, Esq. (by Email and ECF)

The foregoing request is granted. The status conference previously scheduled for June 23, 2026 is adjourned sine die, and the Court will conduct an evidentiary hearing beginning at 9:30am on July 28, 2026 and continuing, if necessary, on July 29, 2026.
Docket no. 715 is resolved.

SO ORDERED.
June 24, 2026
/s/ Laura Taylor Swain, Chief USDJ