**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York, 10278*

July 27, 2026

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States* v. *Juan Calderon*, 18 Cr. 319 (LTS)**

Dear Judge Swain:

The parties write jointly to respectfully request an adjournment of Juan Calderson's violation of supervised release proceeding scheduled for July 28, 2026 at 9:30 a.m. After conferring with the Court and the Probation Office, the parties request the proceeding be adjourned to September 24, 2026 at 2:30 p.m.

Respectfully submitted,
JAY CLAYTON
United States Attorney

By: /s/
Jamie Bagliebter
Assistant United States Attorney
(212) 637-2236

cc: Kristen Santillo, Esq. (by Email and ECF)

The foregoing request it granted. The hearing scheduled for July 28, 2026 is hereby adjourned to **September 24, 2026 at 2:30pm**.

Docket no. 729 is hereby resolved.

SO ORDERED

July 27, 2026
/s/ Laura Taylor Swain, Chief U.S.D. J.