UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA,

-v- No. 18-CR-319-10-LTS

JUAN CALDERON,

Defendant.

-----------------------------------------------------x

ORDER

Because Defendant Juan Calderon was sentenced to time served plus four days on **September 24, 2026**, he is hereby ordered to be released from the custody of the United States Marshals Service to New York City or State authorities for sentencing in New York State Court on **September 28, 2026**.

SO ORDERED.

Dated: New York, New York
September 24, 2026

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge